LOUIS L. COUDERT, as Trustee in Bankruptcy for the Firm of CARLEY, ROSENGARTEN & CARLEY, Appellant, *v.* SAMUEL M. JARVIS, Respondent.

*Coudert* v. *Jarvis*, 114 App. Div. 913, affirmed.
(Submitted April 2, 1907; decided April 16, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 20, 1906, which affirmed an order of Special Term denying a motion to transfer the above-entitled action from the Trial Term to the Special Term calendar.

The following questions were certified:

"I. Whether, on the facts shown by the record herein, the cause of action is one maintainable in equity or at law.

"II. Whether leave should be granted to transfer said

action from the Trial Term of said Court to a Special Term thereof, and the motion asking therefor granted."

*W. Benton Crisp* for appellant.

*Henry Wollman* and *Achilles H. Kohn* for respondent.

Order affirmed, with costs. First question answered "at law;" second question answered in the negative; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.